IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

QUYEN LE,

    Plaintiff,

  v.

METROPOLITAN LIFE INSURANCE COMPANY, et al.,

    Defendants.
_____/

No. C 07-00847 CRB

**ORDER**

In reviewing the parties' papers in connection with the April 6, 2007 hearing on plaintiff's motion to remand and defendant Metropolitan's motion to dismiss, the Court observed that the parties did not discuss the Supreme Court's decision in Egelhoff v. Egelhoff, 532 U.S. 141 (2001). The parties should be prepared to address this case at oral argument.

**IT IS SO ORDERED.**

Dated: April 3, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\0847\orderreegelhoff.wpd