1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
2  SHAWN M. WROBEL Bar No. 230030
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5  rebecca.hull@sdma.com
   shawn.wrobel@sdma.com
6
   Attorneys for Defendant
7  METROPOLITAN LIFE INSURANCE COMPANY

8
                   UNITED STATES DISTRICT COURT
9
          NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
10

11
   | QUYEN LE, | CASE NO. 3:07-cv-00847-CRB |
   |---|---|
   | Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
   | v. | |
   | ANH VO, CHAU VO, THU VO, MINH VO, THUANHAI VO, MARIE AUERBACH, ROLLS WOOD USA, METROPOLITAN LIFE INSURANCE COMPANY and DOES 1-30, Inclusive, | Judge:     Hon. Judge Charles R Breyer<br>Location:  Courtroom 8, 19th floor |
   | Defendants. | |

19
20     Plaintiff Quyen Le and defendant Metropolitan Life Insurance Company ("MetLife"), by

21  and through their respective counsel, hereby stipulate as follows:

22     WHEREAS, a Case Management Conference is currently scheduled to take place on May

23  18, 2007, at 8:30 a.m.;

24     WHEREAS, no defendant other than MetLife has yet appeared in this action, and not all

25  parties have been served;

26     WHEREAS, MetLife will on May 9, 2007, respond to plaintiff's First Amended

27  Complaint by a motion to dismiss, which will not have been heard by the date of the presently

28  scheduled Case Management Conference;

1  WHEREAS, the parties were informed by the Court's clerk that the months of June and
2  July 2007 are available to reschedule the Case Management Conference; and
3  WHEREAS, none of the parties will be prejudiced if the Case Management Conference is
4  continued;
5  NOW, THEREFORE, the parties hereby stipulate to and mutually request that the Court
6  vacate the Case Management Conference currently set for May 18, 2007 at 8:30 a.m. and
7  reschedule the Case Management Conference to take place on July 13, 2007 at 8:30 a.m., with all
8  related deadlines to be based on the rescheduled date.
9  IT IS SO AGREED AND STIPULATED.

10  DATED: May 9, 2007           GEOFFREY M. FAUST

12                               By: /s/ Geoffrey M. Faust (as authorized on 5/9/07)
                                     Geoffrey M. Faust
13                                   Attorney for Plaintiff

15  DATED: May 9, 2007           SEDGWICK, DETERT, MORAN & ARNOLD LLP

17                               By:/s/ Rebecca A. Hull
                                     Rebecca A. Hull
                                     Shawn M. Wrobel
18                                   Attorneys for Defendants, Metropolitan Life Insurance
                                     Company

21  IT IS SO ORDERED.
22  Dated: __May 9, 2007_____   _____
                                        United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer