IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUYEN LE,         Plaintiff,    v. METROPOLITAN LIFE INSURANCE COMPANY, et al.,         Defendants._____/ | No. C 07-00847 CRB  **ORDER** |

By Memorandum and Order filed July 24, 2007, the Court granted defendant Metropolitan Life Insurance Company's motion to dismiss. The Court ordered plaintiff to advise the Court whether, in light of the Court's ruling, it still has an ERISA claims against Metropolitan. At the case management conference held on August 17, 2007 plaintiff advised the Court that she does not wish to pursue any additional claims against Metropolitan.

Accordingly, all of plaintiff's claims against Metropolitan are dismissed with prejudice. As Metropolitan removed this case to federal court on the ground that the claims against it are preempted by ERISA, and as none of the other defendants had been served, the

//

//

//

claims against the unserved defendants are REMANDED to state court.

**IT IS SO ORDERED.**

Dated: August 17, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE