IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUYEN LE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, et al.,<br><br>　　　　Defendants.　　　　　　　　　／ | No. C 07-00847 CRB<br><br>**RULE 54(B) SEPARATE JUDGMENT** |

  The Court having dismissed the claims against Metropolitan Life Insurance Company ("Metropolitan") with prejudice, having remanded the claims against the remaining unserved defendants, and having determined that there is no just reason to delay a judgment in favor of Metropolitan, judgment is entered in favor of Metropolitan and against plaintiff.

  **IT IS SO ORDERED.**

Dated: August 20, 2007

　　　　　　　　　　　　　　　　　　　　　　　　_/s/ CRB_
　　　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\0847\Rule54(b)judgment.wpd